**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: D.W. | : No. 181 EAL 2015 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| | : |
| APPEAL OF: D.W. | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.